IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK MICHAEL JOHNSON
ADC #131361                                                                                          PETITIONER

VS.                                        5:07CV00309 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                       RESPONDENT

**ORDER**

Respondent has filed a Response (docket entry #12) to the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, arguing that Petitioner's claims are procedurally defaulted because he failed to properly present them to the Arkansas Supreme Court in his Rule 37 appeal.

The Court concludes that a Reply from Petitioner addressing the arguments raised in the Motion to Dismiss would be helpful to a resolution of Petitioner's case. The Court will therefore order Petitioner to file a Reply, addressing the arguments raised in the Response, **on or before May 2, 2008.**

IT IS THEREFORE ORDERED THAT Petitioner shall file a Reply, addressing the arguments raised in the Response (docket entry #12), on or before May 2, 2008.

Dated this 3rd day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE